# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CASE NO.: 1:18CR47-RJC-WCM

**UNITED STATES OF AMERICA**

**v.**

**WANDA SKILLINGTON GREENE**

## NOTICE OF UNAVAILABILITY

NOW COMES NOW COMES undersigned counsel Noell P. Tin, and requests that this Court not schedule any matters that would require the undersigned counsel's appearance in court during the following weeks:

- July 22-26, 2019;
- September 9-13, 2019; and
- September 16-20, 2019

The undersigned will be out of state (in July) and out of the country (in September) for vacations that have been scheduled on those dates. In addition, the undersigned has noticed secured leave periods in state court during those dates. The undersigned presently has no court appearances scheduled for those dates. These secure leave periods are not being designated for the purpose of delaying, hindering or interfering with the timely disposition of this matter.

1

Dated: June 18, 2019

                Respectfully submitted,

                /s/ Noell P. Tin

                TIN FULTON WALKER & OWEN PLLC
                301 East Park Avenue
                Charlotte, N.C. 28203
                T: (704) 338-1220
                F: (704) 338-1312
                ntin@tinfulton.com
                *Counsel for Ms. Greene*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that he has served the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send notification of such filing to opposing counsel:

      Richard Edwards
      Assistant U.S. Attorney
      richard.edwards22@usdoj.gov


Dated: June 18, 2019

              /s/ Noell P. Tin