IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CR 47

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| WANDA SKILLINGTON GREENE ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court on Defendant's Motion to Seal (Doc. 61), which requests that the Court seal Defendant's Motion to Reconsider Order Denying Motion to Continue Sentencing (Doc. 63).

The Court has considered the Motion to Seal, the public's interest in access to the Motion to Reconsider Order Denying Motion to Continue Sentencing, and alternatives to sealing. The Court determines that sealing is necessary in this case, and that less restrictive means of handling the information are not sufficient. The sealing ordered herein shall be permanent, subject to further Order of the Court.

Accordingly, Defendant's Motion to Seal (Doc. 61) is **GRANTED**, and Defendant's Motion to Reconsider Order Denying Motion to Continue

Sentencing (Doc. 63) shall be **SEALED** and remain sealed until further Order of the Court.[1]

Signed: August 8, 2019

W. Carleton Metcalf
United States Magistrate Judge

---

[1] The Motion to Reconsider Order Denying Motion to Continue Sentencing itself has been denied by the presiding District Judge. This Order pertains only to the accessibility of that document on the docket.