28 August 2019

RECEIVED
ASHEVILLE, NC
AUG 28 2019
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

Dear Judge,

My name is Perry Jones. I have been a resident of Asheville/ Buncombe County since 1998.

Crime has been consistently on the rise in our area and it must be time to give punishments to the perpetrators justly, fairly and equally to every criminal no matter what their assistance may be, status in the community, personality, or any other credit to the community the criminal has performed. The punishment must be equal to the crime. All criminals must receive a just punishment.

Wanda Greene is no exception. She knew in advance what she was doing in stealing, robing, lying, covering up thefts in her ploy to her benefit, her family and few other special selected individuals. Everyone in this case knew what was being done as the greatest thefts of our county. They capitalized on their positions to their own benefit; spitting on the folks of Buncombe County.

She was given a position of honor, trust, freedom and respect to benefit the people of Buncombe County. She has repeatedly defrauded all of us. Several people has lost their jobs in the county whenever the employee(s) questioned certain financial indiscretions; my spouse in particular. Wanda Greene has tarnished the integrity of county, our city and our people. The entire group of the Buncombe Counties theft ring must be give the full prison time allowed by our state and federal law places towards such crimes which knowingly committed.

Please, do not be lenient in their punishment. Please do not allow a softer punishment just because one or more supposedly gave information in any method to further the investigations, to assist in any prosecution of others, or offered assistance in any way. Each of our counties criminals in the Wanda Greene and associates case should be given the maximum punishment allowed.

Thank you,

Perry Jones