IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18-CR-00047-RJC-WCM
1:18-CR-00068-RJC-WCM
1:18-CR-00088-RJC-WCM

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| WANDA SKILLINGTON GREENE (1) | ) |
| | ) |

**THIS MATTER** is before the Court on the defendant's Notice of Withdrawal of Objection to Tax Restitution Figure. (1:18-CR-00047, Doc. No. 89; 1:18-CR-00068, Doc. No. 52; 1:18-CR-00088, Doc. No. 103).

At the sentencing of these matters, the Court held that final determination of restitution to the Internal Revenue Service (IRS) would be left open as authorized by 18 U.S.C. § 3664(d)(5). (Judgment at 4). The defendant has now withdrawn her objection to the total restitution figure in the Presentence Report (¶ 116) of $207,660. Accordingly, the Court finds that victim and loss, supported by a preponderance of the evidence, constitutes a "final determination" for purposes of ordering restitution pursuant to the Mandatory Victim Restitution Act, 18 U.S.C. § 3663A.

**IT IS THEREFORE ORDERED** that, based on the information in the record of these cases, 18 U.S.C. § 3664(d)(5), and the Mandatory Victim Restitution Act, the Judgment shall be amended to include a final restitution figure of $207,660 to the IRS. All other terms of the original Judgment remain unchanged.

The Clerk is directed to certify copies of this order to Defendant, counsel for Defendant, the United States Attorney, the United States Marshals Service, the United States Probation Office, and the Financial Administration Unit of the Clerk's Office.

Signed: September 18, 2019

Robert J. Conrad, Jr.
United States District Judge