Defendant: Wanda Skillington Greene
Case Number: DNCW118CR000088-001

Judgment- Page **2** of **6**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of EIGHTY-FOUR (84) MONTHS ON EACH OF COUNT 5 IN 1:18CR47, COUNT 13 IN 1:18CR68, AND COUNT 31 IN 1:18CR88 AND A TERM OF THIRTY-SIX (36) MONTHS ON COUNT 29 IN 1:18CR68 TO BE SERVED CONCURRENTLY FOR A TOTAL TERM OF EIGHTY-FOUR (84) MONTHS.

☒ The Court makes the following recommendations to the Bureau of Prisons:
  1. Placed in a facility as close to Asheville, NC as possible, consistent with the needs of BOP.
  2. Participation in the Federal Inmate Financial Responsibility Program.

☐ The Defendant is remanded to the custody of the United States Marshal.

☐ The Defendant shall surrender to the United States Marshal for this District:

  ☐ As notified by the United States Marshal.
  ☐ At _ on _.

☒ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☒ As notified by the United States Marshal.
  ☐ Before 2 p.m. on _.
  ☐ As notified by the Probation Office.

**FILED**
**ASHEVILLE, N.C.**

**OCT 0 7 2019**

**U.S. DISTRICT COURT**
**W. DIST. OF N.C.**

### RETURN

I have executed this Judgment as follows: *Self Surrender*

Defendant delivered on *10/2/19* to *fmc carswell* at *fort worth, texas*, with a certified copy of this Judgment.

_____
~~United States Marshal~~ **M. Carr, Warden**

By: *K. Brown, CSO*
~~Deputy Marshal~~